42 So.2d 843
A. T. DAFFRON v. Ed. A. O'REAR et al.
6 Div. 926.

Supreme Court of Alabama.
Oct. 28, 1949.

LeMaistre & Clement, of Tuscaloosa, for appellant.

Jones, Dominick & McEachin, Tom B. Ward and De Graffenried & McDuffie, all of Tuscaloosa for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.